463 A.2d 24

Commonwealth v. Delozier, Appellant.

Submitted November 8, 1982. David J. Kaltenbaugh, Assistant Public Defender, for appellant; D. Long, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.